JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAVON CHASE MACK,

     Plaintiff,

v.

LA COUNTY JAIL,

     Defendant.

Case No. 2:24-cv-02268-CBM-KES

**JUDGMENT**

Pursuant to the Court's Order Dismissing Action without Prejudice for Lack of Prosecution,

IT IS ADJUDGED that the Complaint (Dkt. 1) and entire action is dismissed without prejudice.

DATED: JULY 19, 2024

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE